34th JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD

STATE OF LOUISIANA

No.: 17-1193                          DIVISION:



CLEO P. SYLVESTER

VERSUS

DOLGENCORP, LLC D/B/A/ DOLLAR GENERAL

FILED: SEP 14 2017          *Randy S. Nunez*

                            DEPUTY CLERK:

## PETITION FOR DAMAGES

NOW INTO COURT, through the undersigned counsel comes petitioner, **CLEO P. SYLVESTER**, a person of the full age of majority and a resident of the parish of St. Bernard, state of Louisiana, respectfully represents that:

I.

MADE DEFENDANT HEREIN:

1. **DOLGENCORP, LLC D/B/A/ DOLLAR GENERAL**, a foreign business corporation authorized to do and actually doing business in the parish of St. Bernard;

II.

Defendant is indebted unto your petitioner, **CLEO P. SYLVESTER**, for reasonable damages, together with legal interest from the date of judicial demand until paid and for all costs of the proceedings for the following reasons, to wit:

III.

On or about September 16, 2016, Petitioner, **CLEO P. SYLVESTER**, was a guest and patron in the establishment known as **DOLLAR GENERAL, STORE #11428**, operated by **DOLGENCORP, LLC D/B/A/ DOLLAR GENERAL**, which is located at 5505 E. Judge Perez, in the Parish of St. Bernard, State of Louisiana. Petitioner was entering the front door of the store when suddenly and without warning she slipped on a foreign substance present on the floor approximately one (1) to

**EXHIBIT**

1

two (2) feet past the entry mat, which caused her to violently fall onto her knees and left side of her body. The resulting fall was the direct cause of damages and injuries to her neck and back, which will be set forth at length herein.

The foreign substance was observed to be water and/or a liquid water type substance that was scattered about the floor near the entryway. The door had been left open despite the fact that it was raining outside, and the water had not been cleared despite it being there long enough for other patrons to have walked through it. The site of the accident was within view of DOLGENCORP, LLC D/B/A/ DOLLAR GENERAL employees who were in the vicinity of the accident location and witnessed the fall. Additionally, the water or foreign substance that had accumulated was noticeable enough that employees noted multiple footprints in the substance at the site of the accident. Further, there were no warning signs in place to inform patrons, such as the petitioner, that the floor had this water or foreign substance on it and that the area should be avoided despite the fact that said employees either knew or should have known that the water or foreign substance was on the floor.

**IV.**

Your petitioner respectfully avers that the defendant **DOLGENCORP, LLC D/B/A/ DOLLAR GENERAL** is liable under the doctrine of res ipsa loquitur by owning and/or maintaining a defective and unreasonably dangerous condition in their care, custody and control. All of which were the proximate cause of the petitioner's injuries.

**V.**

Your petitioner avers that the accident was caused through the negligence of the defendant, **DOLGENCORP, LLC D/B/A/ DOLLAR**

**GENERAL**, its agents and/or employees, in accordance with the following non-exclusive list of particulars to-wit:

A. By creating a hazardous condition and failing to remedy and/or protect customers by providing a safe passageway;

B. By maintaining a defective condition on their premises (a foreign substance present on the floor where customers traverse);

C. Failing to have proper and safe clean-up procedures of the establishment's floor despite the direct and/or constructive knowledge that the foreign substance was on the floor and that by not having proper and safe clean-up procedures that a foreign substance of that nature would occur and cause this injury;

D. Res Ipsa Loquitur

E. Respondent Superior;

F. Failing to post warning signs;

G. Inadequate and unreasonable clean-up procedures;

H. Failing to keep the floor clean after sufficient notice that said substance was on the floor for an extended period of time;

I. Failing to provide safe passageway;

J. By failing to properly maintain the floors in a safe condition;

K. Failing to inspect the floor and warn customers that there was a foreign substance on the floor after direct and/or constructive notice of its existence;

L. Any acts of negligence, which will be provided at the trial of this matter.

### VI.

As a result of the incident described above, the petitioner, **CLEO P. SYLVESTER**, sustained serious and permanent personal injuries to her neck and back.

### VII.

Petitioner, **CLEO P. SYLVESTER**, is entitled to reasonable damages for the following:

A) Past, Present, and Future Medical Expenses;

B) Past, Present and Future Physical Pain and Suffering;

C)   Past, Present, and Future Mental Anguish;

D)   Past, Present and Future Emotional Distress;

E)   Permanent Disability and Loss of Function;

F)   Loss of Enjoyment of Life;

G)   Past, Present, and Future Loss of Wages and Diminished Economic Horizons;

H)   All medical, hospital, doctors, injuries, pharmaceutical and prosthetic bills; and

I)   Any other general or specific damages to which petitioner is entitled under the laws of Louisiana.

### VIII.

At the time of the above-described accident defendant, **DOLGENCORP, LLC D/B/A/ DOLLAR GENERAL** was self-insured by a policy of liability insurance. Said policy was in full force and effect and covers the actions complained of herein.

### IX.

Your petitioner avers amicable demand to no avail.

**WHEREFORE**, petitioner prays that the defendant be cited to appear herein and answer, and after all due proceedings had, there be judgment in favor of your petitioner, **CLEO P. SYLVESTER**, and against the defendant, **DOLGENCORP, LLC D/B/A/ DOLLAR GENERAL**, for such sums as are reasonable in the premises, together with all costs of these proceedings, and interest from date of judicial demand.

Further, for all other general and equitable relief.

Respectfully Submitted:

JOHN J. FINCKBEINER, JR. (# 18211)
SAMUEL L. FULLER (#35134)
NATALIE A. WILLIAMS (#36299)
2203 Pakenham Drive, Chalmette, LA 70043
Office: (504)279-5177   Fax: (504)279-5375
john@jfjustice.com

**PLEASE SERVE:**

DOLGENCORP, LLC D/B/A/ DOLLAR GENERAL
*Through its agent of service:*
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, LA 70802

A TRUE COPY
Randy S. Nunez
CLERK OF COURT
PARISH OF ST. BERNARD
STATE OF LOUISIANA
By
DEPUTY CLERK

/s/ Hailey Hiers